UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNELL AVERY DENHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>A. O'NEILL, *et al.*,<br><br>    Defendants. | Case No. C17-1551-JLR-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP") in this 42 U.S.C. § 1983 civil rights action.  On December 1, 2017, the Court directed service of plaintiff's complaint on the defendants.  Dkts. 7-8.[1]  However, the Court's Orders granting plaintiff's IFP application and directing service on the defendants were all returned to the Court as undeliverable on December 12, 2017 with the word "Released" marked on the envelope.  Dkt. 9.

LCR 41(b)(2) provides that "if mail directed to a *pro se* plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."  Because over sixty days have elapsed since mail directed to plaintiff at his address of record was returned to the Court by the Post Office as undeliverable, and

---

[1] Defendants Allan O'Neill and Kirkland Police Department filed their Answer on January 16, 2018.  Dkt. 12.

REPORT AND RECOMMENDATION
PAGE - 1

plaintiff has yet to notify the Court of his current address, this action is DISMISSED without prejudice for failure to prosecute pursuant to LCR 41(b)(2). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **March 15, 2018**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 16, 2018.**

DATED this 22nd day of February, 2018.

*/s/ James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge